CHET MEYER, Appellant, v. SHERIFF, PERSHING
COUNTY, NEVADA, Respondent.

No. 7420

September 28, 1973                    514 P.2d 2

Samuel B. Francovich and Peter A. Perry, of Reno, for
Appellant.

Robert List, Attorney General, Carson City; and Roland W.
Belanger, District Attorney, Pershing County, for Respondent.

## OPINION

Per Curiam:

This appeal is without merit.
The order of the lower court is affirmed.

JACKIE BARNES, Appellant, v. SHERIFF, CLARK
COUNTY, NEVADA, Respondent.

No. 7455

September 28, 1973                    514 P.2d 2

Morgan D. Harris, Public Defender, and Michael A. Cherry,
Deputy Public Defender, Clark County, for Appellant.

Robert List, Attorney General, Carson City; Roy A. Woof-
ter, District Attorney, and J. A. Silver, Deputy District Attor-
ney, Clark County, for Respondent.

## OPINION

Per Curiam:

This appeal is without merit.
The order of the lower court is affirmed.